UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Strike 3 Holdings, LLC,

                        Plaintiff,

       -against-

John Doe,

                        Defendant.

25-cv-2010 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Rule 18(a)(3) of the Rules for the Division of Business Among District Judges for the Southern District of New York states that a civil case "shall be designated for assignment to White Plains" if "the claim arose in whole or in major part in the Northern Counties [Dutchess, Orange, Putnam, Rockland, Sullivan, and Westchester] and at least one of the parties resides in the Northern Counties." Here, defendant's IP address is traced to a physical location in White Plains, which is in Westchester County. *See* Dkt. 1-1. The complaint also states that, based on this physical location tracing, defendant "committed the tortious conduct alleged in this Complaint in this State," and "has engaged in substantial—and not isolated—business activity in this State." Dkt. 1 at 2.

    Because the events giving rise to the claims in this case appear to have occurred in a Northern County and defendant resides in a Northern County, the Clerk of Court is respectfully directed to reassign this case to the White Plains courthouse.

    SO ORDERED.

Dated: March 13, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge